IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEOPOLDO TORRES PALACIOS,
a.k.a. Jose Luis Galvan, and
MINERVA GONZALEZ RAMIREZ                                                PLAINTIFFS

v.                              No. 3:15-cv-140-DPM

ALEXANDER ANDREW, INC.,
d.b.a. Falltech, Inc., and
YOKE INDUSTRIAL CORP.                                                   DEFENDANTS

## ORDER

Unopposed motion, № 5, granted. The Court remands this case to the Circuit Court of Greene County, Arkansas.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2015